THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LEO J. ALEXANDER, Appellant.

Submitted January 2, 1945; decided January 4, 1945.

MOTION by appellant to amend remittitur denied on the ground that in the opinion of the court the asserted Federal questions are not substantial.    [See 293 N. Y. 870.]